IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-60409
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ROY GREEN,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No.4:93-CR-133-B-O
--------------------
June 15, 2000

Before JOLLY, DAVIS, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

        Roy Green, federal prisoner # 09940-042, has filed a motion
to proceed in forma pauperis (IFP) in the appeal of the denial of
his motion to correct his sentence, brought pursuant to 18 U.S.C.
§ 3742(a).  That statute does not authorize a postconviction
motion challenging conviction and sentence.  Green has failed to
raise any nonfrivolous issues for appeal.  See United States v.
Boutwell, 896 F.2d 884, 889-90 (5th Cir. 1990)(one-judge order).
Accordingly, his motion to proceed IFP on appeal is DENIED.

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Because Green's appeal is frivolous, it is DISMISSED.  <u>See</u> 5TH

CIR. R. 42.2.